AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern     District of     Kentucky

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 7:15-CR-019-KKC-04 |
| Klarissa Lashea Rice | ) |
| | ) USM No: 19204-032 |
| Date of Original Judgment: July 26, 2016 | ) |
| Date of Previous Amended Judgment: | ) Billy G. Slone |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____162 months_____ months **is reduced to** _____134 months_____ .

*(See Page 2 for additional parts.  Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____07/26/2016____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____7/16/2026_____

Signed By:

*Karen K. Caldwell* KKC

**United States District Judge**

Effective Date: _____
*(if different from order date)*